No. 535. THE WICHITA FALLS & NORTHWESTERN RAIL-WAY COMPANY, PLAINTIFF IN ERROR, *v.* J. H. PUCKETT. In error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted December 11, 1916. Decided December 18, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Dower v. Richards,* 151 U. S. 658, 668 *et seq.; Thayer v. Spratt,* 189 U. S. 346, 353; *Waters-Pierce Oil Co. v. Texas,* 212 U. S. 86, 97; *Kerfoot v. Farmers' & Merchants' Bank,* 218 U. S. 281, 288; (2) *Deming v. Carlisle Packing Co.,* 226 U. S. 102, 105; *Consolidated Turnpike v. Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Ennis Water Works v. Ennis,* 233 U. S. 652, 658; *Parker v. McLain,* 237 U. S. 469, 471–472. *Mr. Joseph M. Bryson, Mr. Alexander Britton* and *Mr. Evans Browne* for the plaintiff in error. *Mr. C. B. Stuart, Mr. A. C. Cruce, Mr. M. K. Cruce* and *Mr. Weldon M. Bailey* for the defendant in error.

---

No. 130. U. S. JOINES, PLAINTIFF IN ERROR, *v.* W. S. COMBS ET AL. In error to the Supreme Court of the State of Oklahoma. Submitted December 19, 1916. Decided January 8, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Eustis v. Bolles,* 150 U. S. 361; *Leathe v. Thomas,* 207 U. S. 93; *Holden Land Co. v. Interstate Trading Co.,* 233 U. S. 536, 541; *Mellon Co. v. McCafferty,* 239 U. S. 134. *Mr. C. B. Stuart, Mr. A. C. Cruce, Mr. M. K. Cruce, Mr. W. I. Cruce* and *Mr. W. R. Bleakmore* for the plaintiff in error. *Mr. J. H. Everest* and *Mr. R. M. Campbell* for the defendants in error.